**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No.   11-17701 |
| | ) | |
| **SOY WORKS CORPORATION,** | ) | Chapter 11 |
| | ) | |
| **Debtor** | ) | Judge Pamela Hollis |

**NOTICE OF FILING**

To:    See attached service list

    YOU ARE HEREBY NOTIFIED that on this date, November 17, 2011, we have filed with the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois, Eastern Division, **FINAL REPORT BY DEBTOR IN POSSESSION - LIST OF UNPAID DEBTS**, a copy of which is attached hereto and herewith served upon you.

    /s/ David R. Herzog
    DAVID R. HERZOG

DAVID R. HERZOG
Attorney for Defendant
77 West Washington Street
Suite 1717
Chicago, Illinois  60602
(312) 977-1600

**CERTIFICATE OF SERVICE**

    The undersigned, an attorney, certifies that he caused to be served a copy of the foregoing instrument on the attached service list by enclosing same in an envelope addressed to them, with postage fully prepaid, and by depositing the envelope in the U.S. Mail at 77 West Washington Street, Chicago, Illinois 60602, on this 17TH day of November, 2011.

    By: /s/ David R. Herzog

SERVICE LIST

Office of the U.S. Trustee
219 South Dearborn Street
Room 873
Chicago, IL 60604

Kurt Oelerich
c/o Steven M. Varhola, Esq.
Henderson & Lymon
175 West Jackson Blvd, Suite 240
Chicago, IL 60604

Chase
Attn: Bankruptcy Department
P.O. Box 1093
Northridge, CA 91328

Iowa State Research Foundation
310 Lab of Mechanics
Ames, Iowa  50011

Iowa State University
University Research Foundation, Inc.
310 Lab of Mechanics
Ames, Iowa 50011

Iowa State University
Att: David Grewell
100 Davidson Hall
Ames, Iowa  50011

John Allen
Law Offices of John T. Allen
39 South LaSalle Street
Suite 200
Chicago, IL 60603-1641

Mark Warren
One Merritt Lane
Old Saybrook, CT  06475

Nina Taylor
3805 Vardon Court
Woodridge, IL 60517

Roy Taylor
3805 Vardon Court
Woodridge, IL 60517

Sally Taylor
186 Jerry Browne Road
Unit 5111
Mystic, CT  06355

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.   11-17701 |
| | ) | |
| **SOY WORKS CORPORATION,** | ) | Chapter 11 |
| | ) | |
| Debtor | ) | Judge Pamela Hollis |

## FINAL REPORT BY DEBTOR IN POSSESSION - LIST OF UNPAID DEBTS

NOW COMES the Debtor in Possession, by and through her attorneys, David R. Herzog and the law firm of Herzog & Schwartz P.C., and hereby files its final report and schedule of post-petition debts as required by Bankruptcy Rule 1019(5):

1.   On April 26, 2011, the Debtor filed a voluntary petition for relief under Chapter 13 of the United State Bankruptcy Code.  Subsequently, the Debtor converted this case to a proceeding under Chapter 11 on November 30, 2007.

2.   On October 20, 2011, an order was entered converting the case to a case under Chapter 7 of the Bankruptcy Code and Gina Krol was appointed Interim Trustee.

3.    The following is a list of unpaid debts incurred after the conversion of the case to a Chapter 11, including the name and address of each creditor:

| Name and Address of Creditor | Amount Owed |
|---|---|
| None | |

4.   The Debtor has not acquired any property from the date of the conversion of the case to a Chapter 11 proceeding until the date of the conversion order to a Chapter 7 case.

-1-

    5.    The Debtor has not entered into or assumed any executory contracts from the date of the conversion of the case to a Chapter 11 proceeding until the date of the conversion order to a Chapter 7 case.

    Respectfully submitted,

    SOY WORKS CORPORATION

    By:   /s/ David R. Herzog
          One of he Attorneys

David R. Herzog
Herzog & Schwartz P.C.
Attorneys for the Debtor
77 W. Washington St. #1717
Chicago, Illinois 60602
(312) 977-1600